JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

October 3, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LEE,<br><br>             Plaintiff,<br><br>      vs.<br><br>GUS & GUS INC. D/B/A POPEYE'S CHICKEN #3316; PK I SYCAMORE PLAZA, L.P.; and DOES 1 through 10, inclusive,<br><br>             Defendants. | **Case No.: 8:20-CV-00819 SB (PJWx)**<br>Hon. Stanley Blumenfeld Jr.<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION** |

   The parties have stipulated to dismiss this entire action with prejudice. Based on the joint stipulation, IT IS HEREBY ORDERED that the entire action is dismissed with prejudice and that all parties are to bear their own fees and costs.

DATED: October 3, 2020                    _____
                                                                  Stanley Blumenfeld, Jr.
                                                       United States District Court Judge

1
[PROPOSED] ORDER